UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | No. 19 CR 68 |
|---|---|
| v. | The Honorable Walter H. Rice |
| MORRIS L. BROWN<br>ISMAIL ABUHANIEH<br>MAHMOUD ELMIARI<br>YOHANNES TINSAE | |

ORDER GRANTING UNOPPOSED
MOTION TO DISCLOSE TAX RECORDS

Upon this Court's consideration of the government's unopposed motion for an order authorizing the disclosure of certain protected tax records in discovery, and the Court being otherwise fully apprised of the circumstances,

IT IS ORDERED THAT the government's Unopposed Motion to Disclose Tax Records is GRANTED.

IT IS FURTHER ORDERED that the Tax Records produced to the defendants in this case will be subject to the protective order governing discovery. See Docket Entry 33.

The Honorable Walter H. Rice
U.S. District Court Judge

Dated: 5-24-19